# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JACQUESE FRANKLIN HARRELL, SR.,
        Petitioner,

v.                                                   Case No. 12-CV-01074

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,
        Respondent.

## DECISION AND ORDER

Pro se petitioner Jacquese Harrell filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254 on October 22, 2012. The following day the clerk of this court sent him a letter notifying him that he must either pay a filing fee of $5.00 or file an application for leave to proceed in forma pauperis. Despite receiving this letter, petitioner has still not paid the filing fee.

**THEREFORE, IT IS ORDERED** that petitioner has until **December 17, 2012** to either pay the filing fee or file an application to proceed in forma pauperis, which must include a copy of petitioner's prisoner trust account statement. If petitioner fails to take one of these actions by the deadline, the petition will be dismissed.

Dated at Milwaukee, Wisconsin, this 15th day of November 2012.

                                                s/ Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge